# Biancamano Law, LLC

42 A North 20th Street
Kenilworth, NJ 07033
Phone: (732) 804-9944
Fax: (908) 325-3007

---

January 24, 2023

Honorable Kevin McNulty
United States District Court Judge
50 Walnut Street
Newark, NJ 07101

      **Re:** *United States v. Kevin Williams*
            **Crim. No. 20CR205**

Dear Judge McNulty:

    We write to respectfully advise the Court that Mr. Williams wishes to withdraw his letter at Dkt. 125. After recent consultation with Mr. Williams he has confirmed that he would like our firm to continue representing him going forward.

    Thank you for your Honor's time and thoughtful consideration in this regard.

                                                     Respectfully submitted,

                                                     s/ *Stacy Biancamano*
                                                   Stacy Biancamano
                                                   &
                                                   s/ *Daniel Holzapfel*
                                                   Daniel Holzapfel

cc:     Desiree Grace, AUSA

1